JUDGE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR11-323-RSL |
| Plaintiff, | |
| v. | ORDER GRANTING MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE |
| RAMONA RIGNEY, | |
| Defendant. | |

This matter has come before the Court on Ramona Rigney's motion to terminate her remaining period of supervised release. The Court has reviewed the motion, records, files herein, and the information presented at the hearing on the motion, held October 30, 2020, as well as the factors set forth in 18 U.S.C. § 3553(a).

IT IS NOW ORDERED that Ramona Rigney's term of supervised release be terminated pursuant to 18 U.S.C. § 3583(e), effective January 1, 2021.

DATED this 30th day of December 2020.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

Submitted by:

s/ *Corey Endo*
Assistant Federal Public Defender
Attorney for Ramona Rigney

ORDER FOR TERMINATION
OF SUPERVISED RELEASE
(*United States v. Rigney*, CR11-323-RSL) - 1

**FEDERAL PUBLIC DEFENDER**
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100